AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_First Circut_ District of _Massachusetts_

FILED
IN CLERKS OFFICE
2006 MAY 19 P 3 27
U.S. DISTRICT COURT
DISTRICT OF MASS.

Plaintiff

V.

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER:
**06-10901JLT**

I, _G. Saif Sabree_ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _Mass. Corr. Inst. Norfolk_

    Are you employed at the institution? _No_   Do you receive any payment from the institution? _No_

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment   ☐ Yes   ☐ No
    b. Rent payments, interest or dividends   ☐ Yes   ☐ No
    c. Pensions, annuities or life insurance payments   ☐ Yes   ☐ No
    d. Disability or workers compensation payments   ☐ Yes   ☐ No
    e. Gifts or inheritances   ☒ Yes   ☐ No
    f. Any other sources   ☐ Yes   ☐ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

①

About $40 - $50 a month from family. Been incarcerated since 1974 on life term.

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   — 0 —

I declare under penalty of perjury that the above information is true and correct.

May 20, 2006       *H. Aaif dabull*
Date               Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 240 Reverse (Rev. 10/03)

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

**Date:** 20060515 11:53

| | | | | Page: 1 |
|---|---|---|---|---|
| Commit# : | W34619 | | MCI NORFOLK | |
| Name : | SABREE, SAIF, , | | Statement From | 20051201 |
| Inst : | MCI NORFOLK | | To | 20060515 |
| Block : | SMU3 | | | |
| Cell/Bed : | 321 /A | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $3,357.33 | $3,313.09 | $15.66 | $11.81 |
| 20051201 22:30 | CN - Canteen | 5705092 | | NOR | ~Canteen Date : 20051201 | $0.00 | $41.82 | $0.00 | $0.00 |
| 20051214 16:56 | IS - Interest | 5770515 | | NOR | | $0.11 | $0.00 | $0.00 | $0.00 |
| 20051214 16:56 | IS - Interest | 5770516 | | NOR | | $0.00 | $0.00 | $0.01 | $0.00 |
| 20051221 14:04 | ML - Mail | 5824452 | | NOR | ~MITCHELL, DAMON, , | $50.00 | $0.00 | $0.00 | $0.00 |
| 20051221 14:04 | MA - Maintenance and Administration | 5824454 | | NOR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20051229 22:30 | CN - Canteen | 5878169 | | NOR | ~Canteen Date : 20051229 | $0.00 | $31.90 | $0.00 | $0.00 |
| 20060119 16:39 | IS - Interest | 5984240 | | NOR | | $0.08 | $0.00 | $0.00 | $0.00 |
| 20060119 16:39 | IS - Interest | 5984241 | | NOR | | $0.00 | $0.00 | $0.01 | $0.00 |
| 20060213 09:46 | ML - Mail | 6117123 | | NOR | ~MITCHELL, CARRIE, , | $40.00 | $0.00 | $0.00 | $0.00 |
| 20060213 09:46 | MA - Maintenance and Administration | 6117125 | | NOR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060216 14:42 | IC - Transfer from Inmate to Club A/c | 6144502 | | NOR | ~SUFFOLK SUPERIOR COURT~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.63 | $0.00 | $0.00 |
| 20060216 14:43 | IC - Transfer from Inmate to Club A/c | 6144504 | | NOR | ~JOHN TALBORT ESQ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.63 | $0.00 | $0.00 |
| 20060216 14:44 | IC - Transfer from Inmate to Club A/c | 6144507 | | NOR | ~AUPREME JUDIAL COURT~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.63 | $0.00 | $0.00 |
| 20060216 14:44 | IC - Transfer from Inmate to Club A/c | 6144515 | | NOR | ~SUFFOLK SUPERIOR COURT~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.35 | $0.00 | $0.00 |
| 20060216 14:45 | IC - Transfer from Inmate to Club A/c | 6144517 | | NOR | ~SUPREME SUPERIOR COURT~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.00 | $0.00 | $0.00 |
| 20060216 14:46 | IC - Transfer from Inmate to Club A/c | 6144523 | | NOR | ~WILLIAM D. SALTZMAN ESQ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.31 | $0.00 | $0.00 |
| 20060216 15:05 | ML - Mail | 6144626 | | NOR | ~BROWDER, HELEN, , | $20.00 | $0.00 | $0.00 | $0.00 |
| 20060216 16:53 | IS - Interest | 6145659 | | NOR | | $0.10 | $0.00 | $0.00 | $0.00 |
| 20060216 16:53 | IS - Interest | 6145660 | | NOR | | $0.00 | $0.00 | $0.02 | $0.00 |
| 20060216 22:30 | CN - Canteen | 6162366 | | NOR | ~Canteen Date : 20060216 | $0.00 | $28.42 | $0.00 | $0.00 |
| 20060227 11:17 | ML - Mail | 6202033 | | NOR | ~MITCHELL, DAMON, , | $50.00 | $0.00 | $0.00 | $0.00 |
| 20060301 10:57 | IC - Transfer from Inmate to Club A/c | 6214088 | | NOR | ~810. ~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $23.63 | $0.00 | $0.00 |
| 20060301 16:54 | IS - Interest | 6216782 | | NOR | | $0.18 | $0.00 | $0.00 | $0.00 |
| 20060301 16:54 | IS - Interest | 6216783 | | NOR | | $0.00 | $0.00 | $0.01 | $0.00 |
| 20060302 22:30 | CN - Canteen | 6247270 | | NOR | ~Canteen Date : 20060302 | $0.00 | $35.80 | $0.00 | $0.00 |
| 20060309 15:09 | ML - Mail | 6285037 | | NOR | ~MITCHELL, CARRIE, , | $50.00 | $0.00 | $0.00 | $0.00 |
| 20060309 15:09 | MA - Maintenance and Administration | 6285039 | | NOR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20060515 11:53

Page: 2

| Commit# : | W34619 | | | | MCI NORFOLK | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Name : | SABREE, SAIF, , | | | Statement From | 20051201 | | | |
| Inst : | MCI NORFOLK | | | To | 20060515 | | | |
| Block : | SMU3 | | | | | | | |
| Cell/Bed : | 321 /A | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 20060310 13:48 | IC - Transfer from Inmate to Club A/c | 6290926 | | NOR | ~SUPREME JUDIAL COURT~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $6.65 | $0.00 | $0.00 |
| 20060310 13:48 | IC - Transfer from Inmate to Club A/c | 6290928 | | NOR | ~WILLIAM D. SALTZMAN ESQ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.79 | $0.00 | $0.00 |
| 20060310 13:53 | IC - Transfer from Inmate to Club A/c | 6290947 | | NOR | ~SUFFOLK SUPERIOR COURT~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.35 | $0.00 | $0.00 |
| 20060316 13:45 | IC - Transfer from Inmate to Club A/c | 6322284 | | NOR | ~DAVID A HILTON ESQ. ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.55 | $0.00 | $0.00 |
| 20060316 13:45 | IC - Transfer from Inmate to Club A/c | 6322285 | | NOR | ~SUPREME JUDICIAL COURT~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $6.65 | $0.00 | $0.00 |
| 20060316 15:29 | IC - Transfer from Inmate to Club A/c | 6322741 | | NOR | ~SUFFOLK SUPERIOR COURT~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.35 | $0.00 | $0.00 |
| 20060316 22:30 | CN - Canteen | 6325910 | | NOR | ~Canteen Date : 20060316 | $0.00 | $33.83 | $0.00 | $0.00 |
| 20060406 16:49 | IS - Interest | 6430950 | | NOR | | $0.21 | $0.00 | $0.00 | $0.00 |
| 20060406 16:49 | IS - Interest | 6430951 | | NOR | | $0.00 | $0.00 | $0.02 | $0.00 |
| 20060407 11:42 | IC - Transfer from Inmate to Club A/c | 6452311 | | NOR | ~3/23/06 TO ATTORNEY GENERALS OFFICE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $6.80 | $0.00 | $0.00 |
| 20060410 10:49 | ML - Mail | 6457686 | | NOR | ~Carrie Mitchell~MITCHELL, CARRIE, , | $40.00 | $0.00 | $0.00 | $0.00 |
| 20060410 10:49 | MA - Maintenance and Administration | 6457688 | | NOR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060410 13:39 | EX - External Disbursement | 6458707 | 70281 | NOR | ~INITIAL FILING FEE FOR CA# 05-10660-WGY~CLERK, U.S. DISTRICT CURT | $0.00 | $18.25 | $0.00 | $0.00 |
| 20060413 10:31 | IC - Transfer from Inmate to Club A/c | 6482908 | | NOR | ~MALIK AL-SHABAZZ MUSLIM CENTER - Z89~MALIK AL-SHABAZZ MUSLIM CENTER - Z89 | $0.00 | $2.00 | $0.00 | $0.00 |
| 20060420 22:30 | CN - Canteen | 6520776 | | NOR | ~Canteen Date : 20060420 | $0.00 | $18.90 | $0.00 | $0.00 |
| 20060427 22:30 | CN - Canteen | 6554477 | | NOR | ~Canteen Date : 20060427 | $0.00 | $17.44 | $0.00 | $0.00 |
| 20060504 16:49 | IS - Interest | 6591701 | | NOR | | $0.13 | $0.00 | $0.00 | $0.00 |
| 20060504 16:49 | IS - Interest | 6591702 | | NOR | | $0.00 | $0.00 | $0.02 | $0.00 |
| 20060505 14:50 | CI - Transfer from Club to Inmate A/c | 6613826 | | NOR | ~4/27/06 CANTEEN REFUND~W34619 SABREE,SAIF PERSONAL~KCN WASH ACCOUNT - Z5 | $17.44 | $0.00 | $0.00 | $0.00 |
| | | | | | | $268.25 | $294.68 | $0.09 | $0.00 |

|  | Personal | Savings |
| --- | --- | --- |
| Balance as of ending date : | $17.81 | $3.94 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20060515 11:53

| | | | | |
|---|---|---|---|---|
| Commit# : | W34619 | | MCI NORFOLK | Page: 3 |
| Name : | SABREE, SAIF, , | Statement From | 20051201 | |
| Inst : | MCI NORFOLK | To | 20060515 | |
| Block : | SMU3 | | | |
| Cell/Bed : | 321 /A | | | |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $17.81 | $3.94 | $0.00 | $0.00 | $0.00 | $0.00 |